# United States Court of Appeals
## For the First Circuit

No. 15-1982

KATHLEEN BURNS,

Plaintiff, Appellant,

v.

JEH JOHNSON, Secretary, United States Department of Homeland Security, Transportation Security Administration,

Defendant, Appellee,

DAVID JOHNSON, Supervisory Air Marshal, in his individual and official capacities,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on July 11, 2016, is amended as follows:

On page 9, lines 11-12, "the Equal Employment Opportunity Commission ("EEOC")" is replaced with "an Equal Employment Opportunity counselor ("EEO")".

On page 10, at lines 2 and 8 of note 5, "EEOC" is replaced with "EEO".

On page 11, line 20, after "42 U.S.C. § 2000e-2(a)(1)" the following is inserted: "; see also id. § 2000e-16 (prohibiting sex discrimination against federal employees)."